```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                        CASE NO. 05 B 17046
   JOHN W HILL
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-4853


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 04/29/2005 and was confirmed 07/13/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was paid in full 11/19/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS     CURRENT MORTG         .00            .00              .00
COUNTRYWIDE HOME LOANS     MORTGAGE ARRE     1257.57            .00          1257.57
ASSET ACCEPTANCE CORP      UNSECURED           52.40            .00            52.40
ASSET ACCEPTANCE CORP      UNSECURED         1521.65            .00          1521.65
PIERCE & ASSOCIATES        NOTICE ONLY     NOT FILED            .00              .00
ALLIED INTERSTATE          UNSECURED       NOT FILED            .00              .00
AT & T WIRELESS            NOTICE ONLY     NOT FILED            .00              .00
AT&T CINGULAR WIRELESS     UNSECURED          567.56            .00           567.56
FINANCIAL CREDIT LLC       NOTICE ONLY     NOT FILED            .00              .00
COMED                      UNSECURED       NOT FILED            .00              .00
NICOR GAS                  UNSECURED         2135.37            .00          2135.37
TCF                        UNSECURED       NOT FILED            .00              .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      1,393.20                         1,393.20
TOM VAUGHN                 TRUSTEE                                             375.41
DEBTOR REFUND              REFUND                                              210.84

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  7,514.00

PRIORITY                                         .00
SECURED                                     1,257.57
UNSECURED                                   4,276.98
ADMINISTRATIVE                              1,393.20
TRUSTEE COMPENSATION                          375.41
DEBTOR REFUND                                 210.84
                         --------------    --------------
TOTALS                   7,514.00          7,514.00



                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 17046 JOHN W HILL
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 02/28/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE